# Direct Loans

William D. Ford Federal Direct Loan Program

516747600

## Federal Direct Consolidation Loan
## Promissory Note

328171
RPN112

OMB No. 1840-0693
Form Approved
Exp. Date 1/31/99

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## Section A: Borrower Information (Completed by U.S. Department of Education)

CLAY W. BUCKMILLER

BILLINGS, MT   59106

If any of the preprinted personal information is incorrect, check here ☐, put a line through any incorrect information, enter it correctly below, and initial the correction.

Borrower's SSN    . . . . - . . - 7 6 0 0

Spouse's SSN (if applicable)

Borrower's Name   CLAY W. BUCKMILLER

Spouse's Name (if applicable)

Permanent Street Address   3001 62ND STREET WEST

City, State, Zip Code   BILLINGS, MT  59106

Home Area Code / Telephone Number  ( 406 ) 656-4114

## Section B: Loans Consolidated

| Loan Identification Number | Loan Type | Amount |
|---|---|---|
| 7600S97G77778101  01 | Direct Subsidized Consolidation Loan | $4,566.84 |
| 7600U97G77778101  01 | Direct Unsubsidized Consolidation Loan | $7,561.07 |
| | Direct PLUS Consolidation Loan | |
| Total | Direct Consolidation Loan | $12,127.91 |

## Section C: Promissory Note (Continued on reverse side)

To be completed and signed by borrower and spouse, if applicable.

**Promise to Pay:**

I promise to pay to the U.S. Department of Education (ED) all sums (hereafter "loan" or "loans") disbursed under the terms of this Promissory Note to discharge my prior loan obligations, plus interest, and other fees that may become due as provided in this Promissory Note. If I fail to make payments on this Promissory Note when due, I will also pay collection costs including attorney's fees and court costs. I understand that ED will on my behalf send funds to the holder(s) of the loan(s) in order to pay off this loan(s). I further understand that the amount of this loan equals the sum of the amount(s) that the holder(s) of the loan(s) verified as the payoff balance(s) on that loan(s) selected for consolidation. My signature on this Promissory Note will serve as my authorization to pay off the balance(s) of the loan(s) selected for consolidation as provided by the holder(s) of such loan(s).

I understand that the total amount of this loan may exceed the amounts listed above under Loans Consolidated if I do not continue to make monthly payments to my current loan holder(s) until the time I am notified that my Federal Direct Consolidation Loan has been made or because of collection costs or additional interest that may accrue after the date this Promissory Note was prepared. I understand that I am obligated to repay these additional amounts under the terms of this Promissory Note.

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it, including the text on the reverse side, even if I am advised not to read the Promissory Note. I am entitled to an exact copy of this Promissory Note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand, and agree, to the terms and conditions of this Promissory Note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities.

If consolidating jointly with my spouse, we agree to the same terms and conditions contained in the Borrower Certification and Authorization. In addition, we confirm that we are legally married to each other and understand and agree that we are and will continue to be held jointly and severally liable for the entire amount of the debt represented by the Federal Direct Consolidation Loan without regard to the amounts of our individual loan obligations that are consolidated and without regard to any change that may occur in our marital status. We understand that this means that one of us may be required to pay the entire amount due if the other is unable or refuses to pay. We understand that the Federal Direct Consolidation Loan we are applying for will be cancelled only if both of us qualify for cancellation. We further understand that we may postpone repayment of the loan only if we provide ED with a written request that confirms Federal Direct Consolidation Loan Program deferment or forbearance eligibility for both of us.

## I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.

Signature of Borrower   *Clay Buckmiller*   Date  3/18/97

Signature of Spouse (if consolidating jointly)   Date

RECEIVED MAR 18 1997



GOVERNMENT EXHIBIT

A