UNITED STATES DISTRICT COURT

BILLINGS DIVISION, DISTRICT OF MONTANA

UNITED STATES OF AMERICA

V.

CLAY BUCKMILLER

SUMMONS IN A CIVIL ACTION

CASE NO: CV 10-51-BLG-RFC

TO:

CLAY BUCKMILLER

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Victoria L. Francis
Assistant U.S. Attorney
P.O. Box 1478
Billings, MT 59103

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PATRICK E. DUFFY, CLERK

JUN 15 2010

DATE

BY DEPUTY CLERK