FILED
BILLINGS DIV

2011 FEB 28 PM 10 05

PATRICK E. ...
BY _____
                    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLAY BUCKMILLER,<br><br>Defendant. | CV 10-51-BLG-RFC<br><br><br><br>**ORDER GRANTING MOTION TO SHOW CAUSE** |
|---|---|

Upon motion by the United States and good cause appearing,

IT IS ORDERED that the defendant, Clay Buckmiller, appear before this court at Billings, Montana, on **Wednesday, March 16, 2011, at 1:30 p.m.** and show cause, if any there be, why he should not be held in contempt for failure to obey the order of this court filed on January 11, 2011, which directed that he answer plaintiff's written individual combined interrogatories and request for production within 30 days of service by the U.S. Marshal's Service.

IT IS FURTHER ORDERED that the defendant shall be personally served with this order no later than 5 days prior to the hearing.

DATED this _26_ Day of February, 2011.

_____
HONORABLE RICHARD F. CEBULL
Chief United States District Court Judge